IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
NOV 10 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26CR00149-SNLJ-ACL |
| | ) | |
| KENYON J. FOSTER, and | ) | 18 U.S.C. § 922(j); |
| DARIS T. ANDERSON, | ) | 18 U.S.C. § 641; |
| | ) | 18 U.S.C. § 2(a). |
| Defendants. | ) | |

## INDICTMENT

### Count I

THE GRAND JURY CHARGES THAT:

On or about October 30, 2026, in Butler County, within the Southeastern Division of the Eastern District of Missouri,

**KENYON J. FOSTER, and**
**DARIS T. ANDERSON,**

the defendants herein, aided and abetted by each other, did knowingly steal money of a value exceeding $1000.00, and said money belonged to the United States, in violation of 18 U.S.C. § 641, and 18 U.S.C. § 2(a).

### Count II

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 12, 2026, in Butler County, within the Southeastern Division of the Eastern District of Missouri,

**KENYON J. FOSTER,**

the defendant herein, knowingly possessed, stored, and concealed a stolen firearm, which had previously been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j), and punishable under 18 U.S.C. § 924(a)(2).

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
UNITED STATES ATTORNEY

______________________________
JOHN N. KOESTER, JR., #52177MO
ASSISTANT UNITED STATES ATTORNEY